IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY J. ANDERSON,          ) | No. C 13-3697 LHK (PR) |
|              ) | |
|         Plaintiff,      ) | ORDER OF DISMISSAL |
|              ) | |
|   v.            ) | |
|              ) | |
| UNKNOWN,            ) | |
|              ) | |
|         Defendant.      ) | |

On July 29, 2013, plaintiff, proceeding *pro se*, filed several pleadings, which initiated this action. On August 13, 2013, the Clerk notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). The Clerk also notified plaintiff that he failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. In addition, plaintiff was advised that his failure to file a complaint within twenty-eight days would result in the dismissal of this action.

On September 3, 2013, plaintiff filed a motion for leave to proceed IFP. However, the IFP application was incomplete. In sum, to date, plaintiff has not paid the filing fee, filed a completed IFP application, or filed a complaint. Thus, the instant action is DISMISSED without

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Anderson697discomp.wpd

1  prejudice. The Clerk shall enter judgment and close the file.

2       IT IS SO ORDERED.

3  DATED: 9/25/13            _____
                                               LUCY H. KOH

4                                                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28